United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This Document Relates To:<br><br>07-1324, 07-1326, 07-1396 | MDL Docket No 06-1791 VRW<br><br>ORDER |

      The United States and the AT&T and Cingular defendants have submitted for court approval a stipulation to continue the date by which said defendants must respond to the complaints in the above-referenced actions brought by the United States.

      In lieu of approving the stipulation, the court now orders that the AT&T and Cingular defendants need not respond to the complaints in these three cases until further order of the court.

      IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge