| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>John A. Rogovin (*pro hac vice*)<br>Randolph D. Moss (*pro hac vice*)<br>Samir C. Jain  (# 181572)<br>Brian M. Boynton (# 222193)<br>Catherine M.A. Carroll (*pro hac vice*)<br>1875 Pennsylvania Ave, NW<br>Washington, DC  20006<br>Tel.: 202-663-6000<br>Fax:  202-663-6363<br>Email:  john.rogovin@wilmerhale.com | MUNGER, TOLLES & OLSON LLP<br>Henry Weissmann (# 132418)<br>Susan R. Szabo (# 155315)<br>Aimee A. Feinberg (# 223309)<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA  90071-1560<br>Tel.: 213-683-9100<br>Fax:  213-683-5150<br>Email:  Henry.Weissmann@mto.com |

Randal S. Milch (*pro hac vice*)
Verizon Communications Inc.
One Verizon Way
VC43E043
Basking Ridge, NJ  07920
Tel.: 908-559-1752
Fax:  908-696-2136

Attorneys for Verizon Communications Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br>_____<br><br>This Document Relates To:<br><br>*United States v. Rabner*, No. 07-1324;<br>*United States v. Palermino*, No. 07-1326;<br>*United States v. Volz*, No. 07-1396; and,<br>*United States v. Adams*, No. 07-1323. | MDL Dkt. No. 06-1791 - VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR VERIZON DEFENDANTS TO RESPOND TO COMPLAINTS**<br><br>[Civil L.R. 6-2, 7-1(5), 7-12]<br><br>Courtroom: 6, 17th Floor<br>Judge:    Hon. Vaughn R. Walker |

STIPULATION TO EXTEND TIME FOR VERIZON DEFENDANTS TO RESPOND TO COMPLAINTS

**RECITALS**

A. On September 1, 2006, the Court granted the Administrative Motion of AT&T and Verizon Defendants to Vacate Pending Filing Deadlines in Cases Transferred by the Judicial Panel on Multidistrict Litigation. In that Order, the Court stated "[a]ll pending filing deadlines for cases transferred to this court pursuant to MDL 1791 are hereby vacated until further order of court." Dkt. 19.

B. On February 15, 2007, the Judicial Panel on Multidistrict Litigation ordered the transfer of *United States v. Palermino*, No. 07-1326; *United States v. Adams*, No. 07-1323; *United States v. Gaw*, No. 07-1242; *Clayton v. AT&T Communications of the Southwest, Inc.*, No. 07-1187; *United States v. Rabner*, No. 07-1324; and *United States v. Volz*, No. 07-1396 (the "Federal-State Cases") to this Court for inclusion in MDL 1791. Dkt. 173.

C. On July 24, 2007, the Court denied without prejudice the United States' motions for summary judgment and denied as moot the State Defendants' motions for summary judgment in the Federal-State Cases. The Court further ordered that "[a]fter the Ninth Circuit issues an order in Hepting, the parties may renotice their cross motions." Dkt. 334.

D. On August 20, 2007, the Court entered an Order providing that the AT&T and Cingular defendants in the Federal-State Cases need not respond to the complaints until further order of the Court. Dkt. 352.

E. Both judicial and party economy are served by similarly deferring the Verizon Defendants' obligation to respond to the complaints in *Palermino*, *Adams*, *Rabner*, and *Volz* until further order of the Court after the Ninth Circuit has provided further guidance and this Court has considered and resolved any renewal of the cross motions originally heard on June 21, 2007.

**STIPULATION**

The United States and the Verizon Defendants hereby stipulate that the Verizon Defendants need not answer or otherwise respond to the complaints in *Palermino*, *Adams*, *Rabner*, and *Volz* until a time determined by further order of this Court

1
STIPULATION TO EXTEND TIME FOR VERIZON DEFENDANTS TO RESPOND TO COMPLAINTS

Respectfully submitted,

Dated: August 23, 2007

WILMER CUTLER PICKERING HALE
AND DORR LLP

MUNGER, TOLLES & OLSON LLP

Randal S. Milch

By: /s/ John A. Rogovin
_____
John A. Rogovin

Attorneys for Defendant
Verizon Communications Inc.

2
STIPULATION TO EXTEND TIME FOR VERIZON DEFENDANTS TO RESPOND TO COMPLAINTS

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, John A. Rogovin, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on August 23, 2007, at Washington, D.C.

/s/ John A. Rogovin
By _____

John A. Rogovin

Dated: August 23, 2007

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
Trial Attorney
ALEXANDER HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6102
Washington, DC 20001
Telephone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By: /s/ Alexander Haas
_____

Alexander Haas

Attorneys for United States of America

3
STIPULATION TO EXTEND TIME FOR VERIZON DEFENDANTS TO RESPOND TO COMPLAINTS

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

The Verizon Defendants need not answer or otherwise respond to the complaints in *United States v. Palermino*, No. 07-1326; *United States v. Adams*, No. 07-1323; *United States v. Rabner*, No. 07-1324; and *United States v. Volz*, No. 07-1396 until further order of the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2007.

_____
Hon. Vaughn R. Walker
United States District Chief Judge